# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.98.163.118,<br><br>        Defendant. | Case Number: 5:26-cv-00800-NW<br><br>Honorable Noel Wise<br><br>[~~PROPOSED~~] **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br>**AS MODIFIED** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 28, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 26, 2026 ~~July 24, 2026~~ to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for April 28, 2026 is continued to August 25, 2026 at 9:00 a.m.

**DONE AND ORDERED**.

Dated: ___April 14, 2026___

By: _____
**United States District Judge**
Hon. Noel Wise

1

[~~Proposed~~] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:26-cv-00800-NW